*FREDERICK SAMPSON, APPELLANT, v. JOHN    [184]
HAMMOND, J. DE LA MONTAIGNE
HENRY PLUME, RESPONDENTS.

[1] CONVERSION, FOR TIMBER CUT.—An action of trover may be maintained against a trespasser, who is cutting timber, as soon as the timber is cut.

APPEAL from the Seventh Judicial District.

This was an action brought by the plaintiff, as assignee of a lease, or contract, giving the exclusive right and privilege for the space of ten years from date, to fell, saw or other-

[1] Cited in *Tyson* v. *McGuineas*, 25 Wis. 660. See 97 Ind. 598.

wise make use of all the timber standing on the rancho of the contracting party, in pursuance of which, the assignor of the plaintiff entered into and took possession of the rancho and built houses, cut timber, and commenced the erection of a mill.

The complaint alleged that the defendants had cut and carried away a large quantity of timber.

The Court nonsuited the plaintiff, on the ground that he could not maintain trover for logs which he had not cut.

Plaintiff appealed.

*Thomas C. Hambley,* for Appellant.

Mr Ch. J. MURRAY delivered the opinion of the Court. Mr. J. HEYDENFELDT concurred.

The Court below erred in nonsuiting the plaintiff, on the ground that he could not maintain an action for timber, unless the same was cut or felled by himself.

As soon as the logs were cut, they became the property of the plaintiff, by virtue of his lease, and the action of trover was the proper remedy.

Judgment reversed with costs, and new trial ordered.